169 A.3d 972

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
IZTOK VODOPIVEC, DEFENDANT–PETITIONER.

June 2, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000124–15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.